# UNITED STATES DISTRICT COURT
# ~~NORTHERN~~ Middle DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Anthony Neil Perry,

_____,

_____,

*(Write the full name of each Plaintiff
filing this complaint. If there is
insufficient space to list the names of
all Plaintiffs, please write "see
attached" in the space above and
attach an additional page with a full
list of names.)*

**Case No.:** _____
*(To be filled in by the Clerk's Office)*

**v.**

Volunteers of America of Florida Inc

_____,

*(Write the full name of each Defendant
who is being sued in this complaint. If
there is insufficient space to list the
names of all Defendants, please write
"see attached" in the space above and
attach an additional page with a full
list of names.)*

_____/

**Jury Trial Requested?**
☑ **YES**  ☐ **NO**

# I. PARTIES TO THIS COMPLAINT

## A. Plaintiff(s)

1. Plaintiff's Name: _Anthony Neil Perry_

   Address: _12012 Magazine Street_

   _Apt 10101_

   City, State, and Zip Code: _Orlando, FL, 32820_

   Telephone: _321-527-0610_ (Home) _321-527-0610_ (Cell)

2. Plaintiff's Name: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

## B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: _Volunteers of America of Florida Inc_

   Official Position: _____

   Employed at: _____

   Mailing Address: _200 2nd Ave South 416_

   _St. Petersburg, FL 33701_

   ☐ Sued in Individual Capacity       ☒ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity       ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☐ State/Local Officials *(§ 1983 case)*

## III.  STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are
entitled to relief.  Describe how *each* Defendant was involved and what each
person did, or did not do, in support of your claim.  Identify when and where
the events took place, and state how each Defendant caused you harm or
violated federal law.  Write each statement in short numbered paragraphs,
limited as far as practicable to a single event or incident.  ***Do not make legal
argument, quote cases, cite to statutes, or reference a memorandum***.  You
may make copies of the following page if necessary to supply all of the facts.
Barring extraordinary circumstances, no more than five (5) additional pages
should be attached.  ***Facts not related to this same incident or issue must be
addressed in a separate civil rights complaint.***

The VOA of Florida Inc had a legal duty
to help me find housing, and while under
there care protect me physically as well
as mentally.
    I arrived at 924 Peachtree St in
Cocoa, Fl 32922 in summer of 02 - March of 03.

**Factual Allegations, Continued** *(Page 1 of 2)*

I was there approximately 8½ months. I fulfilled my obligation. I volunteered to clean around the Apartments. I was exposed to Mold.

I had a chest X-ray prior to arriving and shortly after leaving. My lungs were damaged as seen from the X-rays. I'm a non-smoker

My friend committed suicide days after being kicked out. I was one of the last people to speak to him. I still suffer his loss.

My counselor would call me drunk and harassed me. After a formal complaint I was told I needed to leave or they would find a reason to remove me. I was told the VOA no longer allowed Vets to stay there 2 years. It was now 7-8 months.

**Factual Allegations, Continued** *(Page 2 of 2 )*

This was odd because my canselor and I created a plan. We were following that plan. 3 months of training online. Then get certified to do Cyber Security. I was accepted into the program and slated to start in march.

## IV.    STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

The VOA of Florida Inc. was negligent. They endangered my health, well-being, and future. This could have been prevented. It occured because of attempting to grow too quickly, and negligence.

## V.    RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

I am seeking legal damages in the amount of $150,000. This is based on the damage to my lungs, my mental health, and my employment plans. I will most likely be homeless again soon.

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: _14 July 03_ Plaintiff's Signature: _____

Printed Name of Plaintiff: _Anthony Perry_

Address: _12012 magazine street Apt 1010_

_Orlando Fl, 32820_

E-Mail Address: _Anthony neil perry @ icloud.com_

Telephone Number: ___321 - 527 - 0610_____

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*