# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ANTHONY NEIL PERRY,**

      **Plaintiff,**

v.                                                    **Case No: 6:23-cv-1381-PGB-RMN**

**VOLUNTEERS OF AMERICA OF FLORIDA, INC.,**

      **Defendant.**

_____/

## ORDER

This case is before the Court upon periodic review. On August 15, 2023, the Court entered an Order directing Plaintiff to file an amended complaint by September 1, 2023. (Doc. 7). Plaintiff was warned that failure to comply with the Order would result in the dismissal of the action without further notice. In addition, on August 15, 2023, the Court entered an Order to Show Cause directing Plaintiff to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons. (Doc. 6). Plaintiff has failed to comply with both of the aforementioned Orders, and the time to do so has now passed.

Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on September 6, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties